ACCEPTED
01-15-00389-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 5:44:40 PM
CHRISTOPHER PRINE
CLERK

IN THE FIRST COURT OF APPEALS
OF THE STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/3/2015 5:44:40 PM

CHRISTOPHER A. PRINE
Clerk

D. FRED MARTINEZ, §
§
    Appellant, §
§
VS. §          No. 01-15-00389-CV
§
RABA-KISTNER §
INFRASTRUCTURE, INC., *ET AL.,* §
§
    Appellees. §

## JOINT MOTION TO DISMISS APPEAL PURSUANT TO RULE 42.1(a)(1), T.R.A.P.

TO THE HONORABLE JUSTICES OF SAID COURT:

COME NOW, Appellant D. FRED MARTINEZ and Appellees RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER CONSULTANTS, INC., BRYTEST LABORATORIES, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC., and LONE STAR INFRASTRUCTURE JOINT VENTURE, and file this their Joint Motion to Dismiss Appeal Pursuant to Rule 42.1(a)(1), T.R.A.P., and in support thereof would respectfully show the Court as follows:

1.      The parties have settled this case by written agreement.

2.      The parties jointly request the dismissal of the above-docketed appeal pursuant to Rule 42.1(a)(1), T.R.A.P.

3.      The parties agree that all costs shall be taxed to the Appellant, and the parties further agree that each party shall bear its own attorneys' fees.

Respectfully submitted on September 3, 2015.

/s/ Patrick D. Devine

Patrick D. Devine
pdevine@pdevinelaw.com
State Bar No. 05662200
Law Office of Patrick D. Devine
620 W. Main St., Suite C
Tomball, Texas 77375
(281) 255-0244 Telephone
(866) 488-1082 Fax

*Attorneys for Appellant D. FRED MARTINEZ*


/s/ D. Brent Wells

D. Brent Wells
State Bar No. 21140900
James E. Cuellar
State Bar No. 05202345
Jeffrey D. Stewart
State Bar No. 24047327
Wells & Cuellar, P.C.
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax

*Attorneys for Appellees RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER CONSULTANTS, INC., BRYTEST LABORATORIES, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC., and LONE STAR INFRASTRUCTURE JOINT VENTURE*